UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ANDERSON MEDICAL SUPPLIES INC; CAERUS CORP.; CENTRAL MICHIGAN MEDICAL TECHNOLOGIES, LLC; and PRO-FIT MEDICAL SUPPLIES, LLC, <br><br> Defendants. | C.A. No. 22-cv-11287-SFC-EAS |

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANT CAERUS CORP. ONLY**

Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively, "Allstate") and defendant Caerus Corp. have settled their dispute in the above-captioned matter. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Allstate, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to defendant Caerus Corp. only.

[SIGNATURE PAGE FOLLOWS]

1

Respectfully submitted,

KTM

*/s/ Andrew H. DeNinno*

_____
Nathan A. Tilden (P76969)
ntilden@ktmpc.com
Andrew H. DeNinno
adeninno@ktmpc.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214

*Attorneys for Allstate*

Dated: August 22, 2022

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew H. DeNinno, attorney for the Plaintiffs, hereby certify that I served a copy of the foregoing Notice of Voluntary Dismissal on all parties of record in the above-captioned matter via CM/ECF Filing.

*/s/ Andrew H. DeNinno*
_____
Andrew H. DeNinno

Dated: August 22, 2022