UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ANDERSON MEDICAL SUPPLIES INC; CENTRAL MICHIGAN MEDICAL TECHNOLOGIES, LLC; and PRO-FIT MEDICAL SUPPLIES, LLC,<br><br>Defendants. | C.A. No. 22-cv-11287-SFC-EAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ANDERSON MEDICAL SUPPLIES INC ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively, "Allstate") and defendant Anderson Medical Supplies Inc, by and through its undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed with prejudice as to defendant Anderson Medical Supplies Inc without costs or fees of any kind to any party.

STIPULATED AND AGREED TO THIS 11th DAY OF OCTOBER, 2022:

| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company,* | *Anderson Medical Supplies Inc,* |
|---|---|
| By their Attorneys, | *By its Attorneys,* |
| */s/ Andrew H. DeNinno* | */s/ Peter W. Joelson* |
| _____ | _____ |
| Nathan A. Tilden (P76969) | Peter W. Joelson (P51468) |
| ntilden@ktmpc.com | pwj@jrlawplc.com |
| Andrew H. DeNinno | JOELSON ROSENBERG, PLC |
| adeninno@ktmpc.com | 30665 Northwestern Hwy, Suite 200 |
| William G. Potter | Farmington Hills, MI 48334 |
| wpotter@ktmpc.com | |
| KTM | Gary R. Blumberg (P29820) |
| 38777 Six Mile Road, Suite 314 | gblumberg@blumbergpc.com |
| Livonia, MI 48152 | GARY R. BLUMBERG, PC |
| (734) 521-9000 | 19855 W. Outer Drive, Suite 206-E |
| | Dearborn, MI 48124 |
| 350 Granite Street, Suite 2204 | |
| Braintree, MA 02184 | |
| (617) 770-2214 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ANDERSON MEDICAL SUPPLIES INC; CENTRAL MICHIGAN MEDICAL TECHNOLOGIES, LLC; and PRO-FIT MEDICAL SUPPLIES, LLC,<br><br>Defendants. | C.A. No. 22-cv-11287-SFC-EAS |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ANDERSON MEDICAL SUPPLIES INC ONLY

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendant Anderson Medical Supplies Inc are hereby dismissed with prejudice and without costs to any party.

SO ORDERED.

Dated: October 11, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

3